*Allstate Insurance Company, et al. v. Epione Medical, P.C., et al.*

**Exhibit 13 - Examples of Mailings by Wellmart Rx, Inc.**

| Claim Number | Initials | Date of Loss | Date of Document | From | To | Contents of Document Mailed |
|---|---|---|---|---|---|---|
| 0392421616 | S.T. | 11/21/2015 | 12/1/2015 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0392463105 | S.C. | 11/21/2015 | 12/10/2015 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0392421616 | S.T. | 11/21/2015 | 1/6/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0397228032 | B.A. | 1/5/2019 | 1/21/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0397228032 | B.A. | 1/5/2019 | 2/8/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0396529166 | L.A. | 12/19/2015 | 3/21/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0401255203 | B.F. | 2/1/2016 | 4/19/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0404360745 | D.S. | 3/5/2016 | 4/19/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0397228032 | B.A. | 1/5/2019 | 5/12/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0396529166 | L.A. | 12/19/2015 | 5/16/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0382150751 | Y.B. | 11/17/2015 | 5/23/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0396529166 | L.A. | 12/19/2015 | 5/24/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0410414296 | L.P. | 4/19/2016 | 6/3/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0410414296 | L.P. | 4/19/2016 | 7/7/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0403048655 | T.S. | 2/23/2016 | 7/13/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0413628728 | L.B. | 5/16/2016 | 7/29/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0413628728 | L.B. | 5/16/2016 | 7/29/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0403048655 | T.S. | 2/23/2016 | 8/11/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0412632200 | C.H. | 5/7/2016 | 8/24/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0410414296 | L.P. | 4/19/2016 | 10/6/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0412632200 | C.H. | 5/7/2016 | 10/6/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0416323772 | M.A. | 6/6/2016 | 12/16/2016 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0439413329 | M.W. | 11/8/2016 | 1/9/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0416323772 | M.A. | 6/6/2016 | 1/13/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0418556445 | V.B. | 6/26/2016 | 1/17/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0437045511 | E.C. | 11/20/2016 | 2/24/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0437939846 | L.B. | 12/1/2016 | 3/30/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0441245973 | E.B. | 12/30/2016 | 3/30/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0439413329 | M.W. | 11/8/2016 | 5/23/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 045227386 | O.G. | 4/8/2017 | 5/24/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0457084184 | C.S. | 4/26/2017 | 6/12/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0452224330 | M.J. | 5/7/2017 | 6/15/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |

| Claim Number | Initials | Date of Loss | Date of Document | From | To | Contents of Document Mailed |
|---|---|---|---|---|---|---|
| 0448510495 | J.H. | 3/3/2017 | 6/27/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0452224330 | M.J. | 5/7/2017 | 6/27/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0452224330 | M.J. | 5/7/2017 | 7/3/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0458637329 | P.A. | 5/31/2017 | 7/6/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 045227386 | O.G. | 4/8/2017 | 7/12/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0448510495 | J.H. | 3/3/2017 | 7/24/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0460654890 | M.D. | 3/26/2017 | 7/25/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0443547310 | C.G. | 1/23/2017 | 8/8/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0443547310 | C.G. | 1/23/2017 | 9/21/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0480688563 | R.M. | 11/2/2017 | 12/11/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0472694504 | T.P. | 8/20/2017 | 12/13/2017 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0471841072 | A.C. | 8/23/2017 | 1/9/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0471841072 | D.M. | 8/23/2017 | 1/9/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0478611791 | K.S. | 9/26/2017 | 1/9/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0483594024 | G.W. | 11/29/2017 | 1/9/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0471841072 | A.C. | 8/23/2017 | 2/1/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0471841072 | D.M. | 8/23/2017 | 2/1/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0478611791 | K.S. | 9/26/2017 | 2/1/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0480688563 | R.M. | 11/2/2017 | 2/20/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0477021257 | J.G. | 10/1/2017 | 3/13/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0471841072 | A.C. | 8/23/2017 | 3/16/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0472694504 | T.P. | 8/20/2017 | 3/16/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0475974788 | M.C. | 9/18/2017 | 4/18/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0484057039 | R.S. | 11/18/2017 | 5/24/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0484057039 | R.S. | 11/18/2017 | 5/31/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0492987196 | B.K. | 2/2/2018 | 6/11/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0488490319 | P.A. | 1/3/2018 | 7/11/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0498913193 | P.S. | 4/16/2018 | 7/18/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0484057039 | R.S. | 11/18/2017 | 7/31/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0502560626 | A.R. | 5/17/2018 | 8/27/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0502560626 | A.R. | 5/17/2018 | 10/11/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
| 0506381474 | G.M. | 6/18/2018 | 12/10/2018 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |

*Allstate Insurance Company, et al. v. Epione Medical, P.C., et al.*

**Exhibit 13 - Examples of Mailings by Wellmart Rx, Inc.**

| Claim Number | Initials | Date of Loss | Date of Document | From | To | Contents of Document Mailed |
|---|---|---|---|---|---|---|
| 0500106331 | C.L. | 4/25/2018 | 8/9/2019 | Wellmart Rx, Inc | Allstate | NF-3 Verification of Treatment |
|  |  |  |  |  |  |  |