UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>EPIONE MEDICAL, P.C.,<br>APAK CHIROPRACTIC, P.C.,<br>MICHAEL Y. JACOBI, D.O.,<br>ALEKSANDR MOSTOVOY, D.C.,<br>WELLMART RX, INC.,<br>SIMON DAVYDOV,<br>RUSLAN NEKTALOV a/k/a RUSS NEKTA,<br>EMANUEL DAVID a/k/a EMANUEL DAVYDOV a/k/a EMIK DAVYDOV,<br>STELLA RAYTSIN,<br>ELENA MUMIN-AKHUNOV,<br>PRACTICE WIZ, INC.,<br>MBCC SUPPORT LTD. d/b/a BILLING PROS, AND<br>INNOVATIVE BUSINESS STRATEGIES, INC.,<br><br>    Defendants. | C.A. No.: 1:21-cv-03970 |

## **NOTICE OF APPEARANCE**

Kindly enter my appearance as counsel on behalf of the Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire & Casualty Insurance Company, and Allstate Property & Casualty Insurance Company in the above-entitled action.

[SIGNATURE PAGE FOLLOWS]

SMITH & BRINK, P.C.

*/s/ Caitlin F. Keresey*
_____
Caitlin F. Keresey (CK3994)
ckeresey@smithbrink.com
1325 Franklin Ave, Suite 320
Garden City, NY 11530
Ph: (347) 710-0050

Attorneys for the Plaintiffs,
*Allstate Insurance Company,*
*Allstate Indemnity Company,*
*Allstate Property & Casualty Insurance Company,*
*Allstate Fire & Casualty Insurance Company*

Dated: July 14, 2021