UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALLSTATE INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE FIRE & CASUALTY INSURANCE
COMPANY, and
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

                                   Plaintiffs,

- against -

EPIONE MEDICAL, P.C.,
APAK CHIROPRACTIC, P.C.,
MICHAEL Y. JACOBI, D.O.,
ALEKSANDR MOSTOVOY, D.C.,
WELLMART RX, INC.,
SIMON DAVYDOV,
RUSLAN NEKTALOV aka RUSS NEKTA,
EMANUEL DAVID aka EMANUEL DAVYDOV
aka EMIK DAVYDOV,
STELLA RAYTSIN,
ELENA MUMIN-AKHUNOV,
PRACTICE WIZ, INC.
MBCC SUPPORT LTD dba BILLING PROS, and
INNOVATIVE BUSINESS STRATEGIES, INC.,

                                   Defendants.

**Civil Action No. 1:21-cv-03970-BMC**

## <u>NOTICE OF APPEARANCE</u>

  **PLEASE TAKE NOTICE** that, **Oleg A. Mestechkin, Esq.** of the **Mestechkin Law Group P.C.**, being duly admitted to practice in the United States District Court for the Eastern District of New York, hereby enters a notice of appearance on behalf **Defendants Aleksandr Mostovoy, D.C**. and **APAK Chiropractic, P.C.**  and demands that all notices and other papers in this action be served upon him at the address provided below.


Dated: Brooklyn, New York
   August 18, 2021

Respectfully submitted,
*/s/ Oleg A. Mestechkin*
Oleg A. Mestechkin (OM4108)
Wing K. Chiu, Esq. (WC5637)
Nancy Lam, Esq. (NL4630)

1

**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel.  (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

*Attorneys for Defendants Aleksandr Mostovoy, D.C. and APAK Chiropractic, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

*/s/ Oleg A. Mestechkin*
Oleg A. Mestechkin (OM4108)
Wing K. Chiu, Esq. (WC5637)
Nancy Lam (NL4630)
**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

*Attorneys for Defendants Aleksandr Mostovoy, D.C. and APAK Chiropractic, P.C.*