# MESTECHKIN LAW GROUP P.C.

Oleg A. Mestechkin
Wing K. Chiu
Nancy Lam

South Brooklyn Office
1733 Sheepshead Bay Road • Suite 29
Brooklyn, NY 11235
212.256.1113
om@lawmlg.com

Times Square Office
1001 Ave of the Americas • 11th Fl.
New York, NY 10018
212.256.1113
om@lawmlg.com

August 18, 2021

**VIA ECF**

Hon. Judge Brian M. Cogan
U.S. District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Allstate Insurance Company et al v. Epione Medical, P.C. et al*, 1:21-cv-03970-BMC
**Joint Letter Requesting Extension of Time to Answer on Consent**

Your Honor:

This Firm represents Defendants Dr. Aleksandr Mostovoy and his medical practice, APAK Chiropractic, P.C. (collectively "Defendants") in the above-referenced action. We write to request an extension of time for Defendants to respond to the Complaint in this matter [**DE 1**].

This is Defendants' first request for an extension of time. This request is made with the consent of Plaintiffs, who are copied on this letter motion. The current deadline for Defendants to respond is **August 20, 2021**. Defendants request an extension to respond through **September 10, 2021**. Defendants' request is needed because the undersigned has just been recently retained and needs time to review the pleadings in this case and Defendants' case files to properly respond to the allegations in the Complaint. For the foregoing reasons, Defendants respectfully request that this Court grants its request in its entirety.

We thank the Court for its time and attention.

Respectfully submitted,

*/s/ Oleg A. Mestechkin*
Oleg A. Mestechkin, Esq.

Cc.:

**Jasmine Garcia-Vieux, Esq**.
Smith & Brink, P.C.
1325 Franklin Avenue, Suite 320
Garden City, NY 11530
Tel: (347) 710-0050
jvieux@smithbrink.com

*Attorneys for Plaintiffs*

1

**Abraham M George, Esq.**
Law Offices of Abe George, P.C.
40 Wall Street, Ste 60th Floor
New York, NY 10005
Tel: 212-498-9803
abegeorgenyc@gmail.com

**Aaron Michael Rubin, Esq.**
99 Wall Street Suite 1130
New York, NY 10005
Tel: (212) 725-4600
arubin@amresquire.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

*/s/ Wing K. Chiu*
Oleg A. Mestechkin (OM4108)
Wing K. Chiu, Esq. (WC5637)
Nancy Lam (NL4630)
**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

*Attorneys for Defendants Dr. Aleksandr Mostovoy and APAK Chiropractic, P.C.*