UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> EPIONE MEDICAL, P.C., *et al.,* <br><br> *Defendants,* | Index No. 21-cv-03970-BMC <br><br> **NOTICE OF APPEARANCE** |

Please take notice Practice Whiz, Inc., appears in this action by the undersigned attorney and request the Clerk to note this appearance in this case and to serve all notices and other papers in this action at 129 Livingston St., 2nd Fl, Brooklyn, New York 11201.

Dated:  Brooklyn, NY

September 28, 2021                                     By: Nicholas Bowers, Esq.

                                                                   /s/
                                       Gary Tsirelman, P.C.
                                       *Attorneys for Defendant Named Herein*
                                       129 Livingston Street
                                       2nd and 3rd Floors
                                       Brooklyn, NY  11201
                                       (718) 438-1200