UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> EPIONE MEDICAL, P.C., *et al.,* <br><br> *Defendants,* | Index No. 21-cv-03970-BMC <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior pleadings and proceedings in this matter, Defendant Ruslan Nektalov moves this Court for an Order pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) to dismiss Plaintiffs' Complaint.

Dated: Brooklyn, NY

October 12, 2021

By: Nicholas Bowers, Esq.

    /s/
Gary Tsirelman, P.C.
*Attorneys for Defendants Named Herein*
129 Livingston Street
2nd and 3rd Floors
Brooklyn, NY 11201
(718) 438-1200