UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, AND ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>EPIONE MEDICAL, P.C., APAK CHIROPRACTIC, P.C., MICHAEL Y. JACOBI, D.O., ALEKSANDR MOSTOVOY, D.C., WELLMART RX, INC., SIMON DAVYDOV, RUSLAN NEKTALOV a/k/a RUSS NEKTA, EMANUEL DAVID a/k/a EMANUEL DAVYDOV a/k/a EMIK DAVYDOV, STELLA RAYTSIN, ELENA MUMIN-AKHUNOV, PRACTICE WIZ, INC., MBCC SUPPORT LTD. d/b/a BILLING PROS, AND INNOVATIVE BUSINESS STRATEGIES, INC.,<br><br>Defendants. | C.A. No. 1:21-cv-03970-BMC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire & Casualty Insurance Company, and Allstate Property & Casualty Insurance Company (collectively "Allstate"), and Defendants APAK Chiropractic, P.C. ("APAK") and Aleksandr Mostovoy, D.C. ("Mostovoy"), by and through their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed as to

1

APAK Chiropractic, P.C. and Aleksandr Mostovoy, D.C. with prejudice and without cost to any party.

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire & Casualty Insurance Company, and Allstate Property & Casualty Insurance Company,* | *APAK Chiropractic, P.C. and Aleksandr Mostovoy, D.C.,* |
| By Their Attorneys: | By Their Attorneys: |

*/s/ Michael W. Whitcher*
_____
Richard D. King, Jr. (RK8381)
Nathan A. Tilden (NT0571)
Michael W. Whitcher (MW7455)
Jasmine Garcia-Vieux (JG1805)
Caitlin F. Keresey (CK3994)
King, Tilden, McEttrick & Brink, P.C.
1325 Franklin Ave, Suite 320
Garden City, NY 11530
(347) 710-0050
rking@ktmpc.com
ntilden@ktmpc.com
mwhitcher@ktmpc.com
jvieux@ktmpc.com
ckeresey@ktmpc.com

*/s/ Oleg A. Mestechkin*
_____
Oleg A. Mestechkin
Wing K. Chiu
Nancy Lam
Mestechkin Law Group, P.C.
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
(212) 256-1113
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

Dated: February 11, 2022

Dated: February 11, 2022

SO ORDERED:

Dated:     Brooklyn, New York
           _____, 2022

_____
Cogan, J.
United States District Judge