UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>EPIONE MEDICAL, P.C.,<br>APAK CHIROPRACTIC, P.C.,<br>MICHAEL Y. JACOBI, D.O.,<br>ALEKSANDR MOSTOVOY, D.C.,<br>WELLMART RX, INC.,<br>SIMON DAVYDOV,<br>RUSLAN NEKTALOV a/k/a RUSS NEKTA,<br>EMANUEL DAVID a/k/a EMANUEL DAVYDOV a/k/a EMIK DAVYDOV,<br>STELLA RAYTSIN,<br>ELENA MUMIN-AKHUNOV,<br>PRACTICE WIZ, INC.,<br>MBCC SUPPORT LTD. d/b/a BILLING PROS, AND<br>INNOVATIVE BUSINESS STRATEGIES, INC.,<br><br>    Defendants. | C.A. No. 1:21-cv-03970-BMC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire & Casualty Insurance Company, and Allstate Property & Casualty Insurance Company (collectively "Allstate"), and Defendants Emanuel David a/k/a Emanuel Davydov a/k/a Emik Davydov and Innovative Business Strategies, Inc., by and through their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed

as to Defendants Emanuel David a/k/a Emanuel Davydov a/k/a Emik Davydov and Innovative Business Strategies, Inc. with prejudice and without cost to any party.

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire & Casualty Insurance Company, and Allstate Property & Casualty Insurance Company,* | *Emanuel David a/k/a Emanuel Davydov a/k/a Emik Davydov and Innovative Business Strategies Inc.,* |
| By Their Attorneys: | By Their Attorney: |
| */s/ Michael W. Whitcher* | */s/ Aaron M. Rubin* |
| Richard D. King, Jr. (RK8381)<br>Nathan A. Tilden (NT0571)<br>Michael W. Whitcher (MW7455)<br>Jasmine Garcia-Vieux (JG1805)<br>Caitlin F. Keresey (CK3994)<br>King, Tilden, McEttrick & Brink, P.C.<br>1325 Franklin Ave, Suite 320<br>Garden City, NY 11530<br>(347) 710-0050<br>rking@ktmpc.com<br>ntilden@ktmpc.com<br>mwhitcher@ktmpc.com<br>jvieux@ktmpc.com<br>ckeresey@ktmpc.com | Aaron M. Rubin<br>99 Wall Street, Suite 1130<br>New York, NY 10005<br>(212) 725-4600<br>aaron.m.rubin@gmail.com |
| Dated: February 28, 2022 | Dated: February 28, 2022 |

SO ORDERED:

Dated:   Brooklyn, New York
             February 28 , 2022

Digitally signed by Brian M. Cogan

_____
Cogan, J.
United States District Judge